UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 6, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>v.  )<br>  )<br>ELTON PADILLA,  )<br>      Defendant.  )<br>  ) | Case No. 2:19-mj-00089-DB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ELTON PADILLA, Case No. 2:19-mj-00089-DB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: <u>All available equity in subject property.</u>

    ___ Co-Signed Unsecured Appearance Bond

    _X_ Secured Appearance Bond

    _X_ (Other) <u>Conditions as stated on the record.</u>

    _X_ (Other) <u>The secured bond paperwork shall be filed by 6/13/2019.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/6/2019  at  3:05 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge